172 So.2d 295

**Eva Lamy LOUBAT et al.**

v.

**AUDUBON LIFE INSURANCE COMPANY.**

No. 47660.

March 12, 1965.

In re: Mrs. Eva Lamy Loubat and Sandra Mary Loubat applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 170 So.2d 745.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

172 So.2d 295

**Edna HEBERT**

v.

**YOUR FOOD PROCESSING & WARE-HOUSE INC.**

No. 47662.

March 12, 1965.

In re: Edna Hebert applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 170 So.2d 765.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.